■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL TOLLIVER, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County, imposed May 1, 1973, upon his conviction of robbery in the first degree, on a plea of guilty, the sentence being an indeterminate prison term not to exceed eight years. Sentence modified, as a matter of discretion in the interest of justice, by reducing the maximum period of imprisonment to seven years. As so modified, sentence affirmed. At the time his plea was taken by Criminal Term, defendant was promised that he would receive whatever sentence the probation department recommended, to a maximum of eight years, or otherwise be permitted to withdraw his guilty plea. Defendant agreed and pled guilty. The probation department report recommended that defendant be incarcerated, but that the maximum sentence imposed should be seven years. In imposing a maximum sentence of eight years, Criminal Term failed to adhere to its promise. Accordingly, we have reduced defendant's sentence in compliance therewith. Latham, Acting P. J., Cohalan, Brennan, Munder and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL VILLANEUBA, Also Known as ANGEL VILLANUEVA, Appellant.—Appeal by defendant from an amended judgment of the Supreme Court, Kings County, rendered September 11, 1970, upon his conviction of murder in the second degree, on a plea of guilty, and imposing an indeterminate sentence of from 25 years to life. Amended judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to an indeterminate term of from 20 years to life. As so modified, amended judgment affirmed. In the interest of justice, we are modifying the sentence in this case so that it conforms to the sentence ultimately given to the codefendant Ramos (see *People v Ramos,* 35 AD2d 732), to which the District Attorney consents. Latham, Acting P. J., Cohalan, Brennan, Munder and Shapiro, JJ., concur.